AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SHAUNATE ELLIS,

                Plaintiff,

  v.

ANDREW SAUL,

                Defendant.

JUDGMENT ON ATTORNEYS FEES IN A CIVIL CASE

Case Number: 2:14-cv-01926-GMN-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant. A fee award in the amount of $20,000.00 for work before the Court is to be paid to Marc V. Kalagian at the Law Offices of Rohlfing & Kalagian, LLP from the sums held by the Social Security Commissioner from Plaintiff's past-due benefits. IT IS FURTHER ORDERED that Marc V. Kalagian shall refund $3,700.00 to Plaintiff Shaunate Ellis for funds previously paid under the Equal Access to Justice Act, which shall be credited against the $20,000.00 award in this Order.

|  |  |
|---|---|
| 8/25/20 | DEBRA K. KEMPI |
| Date | Clerk |
|  | /s/ J. Callo |
|  | Deputy Clerk |